```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ASSURED GUARANTY MUNICIPAL CORP., F/K/A :
FINANCIAL SECURITY ASSURANCE INC.,     :
                              Plaintiff,  :  12 Civ. 1579 (HB)(JCF)

            - against -    :  **ECF Case**
                            :  **Electronically Filed**

UBS REAL ESTATE SECURITIES INC.,       :
                              Defendant. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by their undersigned attorneys, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action, and all claims asserted herein, are hereby dismissed with prejudice, with each party to bear its own costs, including attorneys' fees. This stipulation may be filed without further notice with the Clerk of the Court. [handwritten: This Stip does not cover or include Master adjustable Rate etc lawsuits w/ which this matter is consolidated.] HB

Dated: New York, New York
       May 6, 2013

_____          _____
Philippe Z. Selendy                 Jay B. Kasner
Adam M. Abensohn                    Scott D. Musoff
QUINN EMANUEL URQUHART &            SKADDEN, ARPS, SLATE,
  SULLIVAN, LLP                        MEAGHER & FLOM LLP
51 Madison Avenue, 22nd Floor       Four Times Square
New York, NY 10010-1601             New York, NY 10036
(212) 849-7000                      (212) 735-3000
philippeselendy@quinnemanuel.com    jay.kasner@skadden.com
adamabensohn@quinnemanuel.com       scott.musoff@skadden.com

*Attorneys for Plaintiff Assured Guaranty    Attorneys for Defendant UBS Real Estate
Municipal Corp.*                             *Securities Inc.*

SO ORDERED this 6 day of May, 2013:

_____
U.S.D.J.